AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☑ Original          ☐



CLERK'S OFFICE
A TRUE COPY
Dec 21, 2023
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>information associated with the Microsoft account<br>identifiers (five email addresses) listed in Attachment A. | )<br>)<br>)<br>)<br>)<br>) |

Case No. **23-M-545 (SCD)**

**Matter No.: 2023R00409**

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:        Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A; over which this Court has jurisdiction pursuant to 18 U.S.C. §§ 2703 and 2711 and Federal Rule of Criminal Procedure 41.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before        1-4-24        *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.        ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to        Hon. Stephen C. Dries        .

*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*        ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:        12-21-23.  10:15 am        _____

_Stephen C. Dries_
*Judge's signature*

City and state:        Milwaukee, WI        Hon. Stephen C. Dries, U.S. Magistrate Judge

*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## **ATTACHMENT A**

Property to be searched

This warrant applies to information associated with the following Microsoft account identifiers ("Target Accounts"):

- SeveredSwine488@xboxlivefamily.com

- theprolong@hotmail.com

- isaiahhundt1998@outlook.com

- google4408@outlook.com

- ItsFlashy26@outlook.com

that is stored at premises owned, maintained, controlled, or operated by Microsoft Corporation, USA, Attn Law Enforcement and National Security (LENS), at 1 Microsoft Way, Redmond, WA 98052.

23

Case 2:23-mj-00545-SCD    Filed 12/21/23    Page 3 of 31    Document 1

**ATTACHMENT B**

Information to be Seized

To the extent that the information described in Attachment A, for the timeframe between January 1, 2020 and January 1, 2024, is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the "Target Accounts" listed in Attachment A, which constitute evidence of the commission of a criminal offense, namely violations of 18 U.S.C. § 2251, 2252, and the Conspiracy to commit those crimes as well as violations involving Child Sexual Abuse Material, or "CSAM":

1) Basic subscriber data - the unique User ID number of the account that is assigned by Microsoft, registration date and time for the account, email addresses provided by the user, user's current username and tag number, if the user is a paid subscriber, limited billing information, profile data, full names, birth date, physical addresses, phone numbers, connected applications and sites, screen names, services and apps used, other personal identifiers;

2) Message content – communications and messages made or received by the user to include e-mails (read, sent, deleted, draft, and unopened) whether in a mailbox, user created folders, or other storage locations, attachments, documents, graphics, and any other uploaded, saved, or associated files;

24

3) Storage - Content in the user's Microsoft One Drive online storage to include mobile backups along with any settings on who has access to the files or folders and dates, times, and IP address of when the files were uploaded;

4) Contact list – buddy lists, contacts, and address books

5) Avatar details – images, names of Avatars used.

6) IP addresses – logs showing the devices used to log into the accounts and checkins for those devices that show the IP address, date/time, make and model of the device, and SIM operator, registration IP address of the accounts.

7) Device Information – Device make, model, International Mobile Equipment Identifier (IMEI), Mobile Equipment Identifier (MEID), serial number of all associated devices linked to the target accounts;

8) Billing Information - The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

9) Account settings- privacy settings and other account settings;

10) Records pertaining to communications between Microsoft and any person regarding the accounts, including contacts with support services, technical problems, billing inquiries, or complaints from other users, and records of actions taken.

25

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin



CLERK'S OFFICE
A TRUE COPY
Dec 21, 2023
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>information associated with the Microsoft account<br>identifiers (five email addresses) listed in Attachment A. | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. **23-M-545 (SCD)**

**Matter No.: 2023R00409**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A; over which this Court has jurisdiction pursuant to 18 U.S.C. §§ 2703 and 2711 and Federal Rule of Criminal Procedure 41.

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2251(a); 2252(a)(2); and 2252(a)(4)(B); | Receipt/distribution of child pornography; possession of child pornography; conspiracy. |

The application is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

TFO Timothy J. Kastner, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____telephone_____ *(specify reliable electronic means)*.

Date: 12-21-23

_____
*Judge's signature*

City and state:   Milwaukee, WI        Hon. Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT
### Matter No.: 2023R00409

I, Timothy Kastner, being first duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit in support of an application for a search warrant for information associated with certain Microsoft accounts that are stored at premises owned, maintained, controlled, or operated by Microsoft, Inc., a company headquartered in Redmond, Washington. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Microsoft, Inc. to disclose to the government records and other information in its possession, pertaining to the subscriber(s) or customer(s) associated with the account(s). I am currently employed as a Police Detective for the Wauwatosa Police Department. Since May 2021, I also have been an FBI Task Force Officer with the FBI Milwaukee Child Exploitation Task Force.

2.   I have been employed as a law enforcement officer for over 22 years. I am a member of the Wisconsin Internet Crimes Against Children (ICAC) Taskforce. I have participated in interviews and interrogations of individuals involved in the sexual abuse and exploitation of children and have participated in the preparation and execution of search warrants involving those same offenses.

3.   I have received training from the State of Wisconsin Department of Justice – Division of Criminal Investigation, National Criminal Justice Training Center (NCJTC), and FBI in conducting ICAC investigations.

4.	While an FBI Task Force Officer, I have investigated federal criminal violations related to child exploitation and child pornography.  I have received training from the FBI specific to investigating child pornography and child exploitation crimes and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media.  As a result of my training, experience, and discussions with other law enforcement officers assigned to investigate child pornography and child exploitation, I am familiar with methods by which electronic devices are used as the means for receiving, transmitting, possessing, and distributing images and videos depicting minors engaged in sexually explicit conduct.

5.	 The facts contained in this affidavit are known to me through my personal knowledge, training, and experience, and through information provided to me by other law enforcement officers, who have provided information to me during their official duties and whom I consider truthful and reliable.

6.	Based upon the information described below, I submit that probable cause exists to believe that the user of the Microsoft accounts (the SUBJECT ACCOUNTS herein) with the emails: SeveredSwine488@xboxlivefamily.com and theprolong@hotmail.com, which are both associated to Xbox user "DemonFoxy#7560" (Subject-1); isaiahhundt1998@outlook.com and google4408@outlook.com, which are both associated to "Thomas xbox#7378" (Subject-2); and ItsFlashy26@outlook.com , which is associated to Xbox user "PandaGod#7633" (Subject-3); have committed the crimes of attempted production of child pornography, in violation of Title 18, United States Code, Section 2251(a), receipt/distribution of child pornography in violation of Title 18, United States Code, Section 2252(a)(2), and possession of child pornography in violation of

2

Title 18, United States Code, Section 2252(a)(4)(B) and Conspiracy to commit these crimes. I further submit that evidence relating to this crime, more particularly described in Attachment B, can be found in the contents of the SUBJECT ACCOUNTS, more particularly described in Attachment A. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## JURISDICTION

7. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. 2711. 18 U.S.C. 2703(a), (b)(1)(A), & (c)(l)(A). Specifically, the court is "a district court of the United States, that has jurisdiction over the offense being investigated." 18 U.S.C. 2711(3)(A)(i).

## DEFINITIONS

8. The following definitions apply to the Affidavit and the Attachments to this Affidavit:

a. "Child Pornography" is defined in 18 U.S.C. § 2256 as any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. Child pornography is also commonly referred to as Child Sexual Abuse Material, or "CSAM."

b. "Chat," as used herein, refers to any kind of text communication over the Internet that is transmitted in real-time from sender to receiver. Chat messages are generally short

3

in order to enable other participants to respond quickly and in a format that resembles an oral conversation. This feature distinguishes chatting from other text-based online communications such as Internet forums and email.

c. The "Internet" is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

d. "An Internet Protocol address" (IP address) is a unique numeric address used by internet-enabled electronic storage devices to access the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every electronic storage device attached to the Internet must be assigned an IP address so that Internet traffic sent from and directed to that electronic storage device may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have "static" IP addresses, that is, long-term IP addresses, while other computers have "dynamic" IP addresses, that is, frequently changed IP addresses.

e. "Minor" means any person under the age of eighteen years. See 18 U.S.C. § 2256(1).

f. The terms "records," "documents," and "materials" include all information recorded in any form, visual or aural, and by any means, whether in handmade form (including writings and drawings), photographic form (including prints, negatives, videotapes, motion pictures, and photocopies), mechanical form (including printing and typing) or electrical, electronic or magnetic form (including tape recordings, compact discs, electronic or magnetic

4

storage devices such as hard disks, CD-ROMs, digital video disks (DVDs), Personal Digital Assistants (PDAs), Multi Media Cards (MMCs), memory sticks, smart cards, or electronic notebooks, as well as digital data files and printouts or readouts from any magnetic, electrical or electronic storage device).

g.       "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. See 18 U.S.C. § 2256(2).

h.       "Visual depictions" include undeveloped film and videotape, and data stored on a computer disk or by electronic means, which is capable of conversion into a visual image. See 18 U.S.C. § 2256(5).

i.       "Website" consists of text pages of information and associated graphic images. The textual information is stored in a specific format known as Hyper-Text Mark-up Language (HTML) and is transmitted from the web servers to various web clients via Hyper-Text Transport Protocol.

## BACKGROUND ON MICROSOFT ACCOUNTS, E-MAIL AND THE INTERNET

9.       A Microsoft account is a personal account required for access to Microsoft's products and services.  A Microsoft account is needed to sign in to a Windows PC, Xbox console, or any of Microsoft's products and services, including Office, Outlook.com, OneDrive, Xbox Live, Microsoft 365, Family Safety, Skype, Microsoft Store and MSN.

10.       To create a Microsoft account, the user is required to create or provide an email address.

5

11. E-mail is a popular form of transmitting messages and or files in an electronic environment between computer users. When an individual computer user sends e-mail, it is initiated at the user's computer, transmitted to the subscriber's mail server, then transmitted to its final destination. A server is a computer that is attached to a dedicated network and serves many users. An e-mail server may allow users to post and read messages and to communicate via electronic means.

12. Internet-based e-mail is a service provided by an electronic communication service provider allowing individuals to send and receive e-mail from any Internet connected computer, regardless of their location or Internet service provider (ISP). Individuals utilizing Internet-based e-mail services access their accounts by "logging in" through the web-browser software installed on their computer, often by providing an account name and an associated password. Once the service provider's computers have determined the password is correct for the given account name, the individual "logged-in" can access any e-mail sent to their account, and or send e-mail to any other e-mail address accessible via the Internet.

13. Internet-based e-mail service providers reserve and or maintain computer disk storage space on their computer system, usually limited and closely regulated, for the use of the service subscriber for the storage of e-mail communications with other parties, which include graphic files, programs, or other types of date stored in electronic form.

14. Internet-based e-mail service providers maintain records pertaining to the individuals who subscribe to their services. These records could include the account holder's name, address, date of birth, gender, occupation, and the Internet Protocol (IP) address used to

6

establish the account and subsequent accesses to that account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the SUBJECT ACCOUNTS.

15. Any e-mail that is sent to an Internet-based e-mail subscriber is stored in the subscriber's "mail box" on the electronic communications service provider's servers until the subscriber deletes the e-mail or the subscriber's mailbox exceeds the storage limits preset by the provider. If the message is not deleted by the subscriber, the account is below the maximum limit, and the subscriber accesses the account periodically, that message can remain on the provider's servers indefinitely. Electronic communications service providers can also perform backups of subscriber's email accounts as routine maintenance in case their servers become inoperable so the content in the subscriber's account is not lost.

16. When the subscriber sends an e-mail, it is initiated at the user's computer, transferred via the Internet to the provider's servers, and then transmitted to its end destination. Most Internet-based e-mail users have the option of saving a copy of a sent e-mail. Unless the sender of the e-mail specifically deletes the e-mail from the provider's server, the e-mail can remain on the system indefinitely. The sender can delete the stored e-mail message thereby eliminating it from the e-mail box maintained by the provider, but that message will remain in the recipient's e-mail box unless the recipient deletes it as well or unless the recipient's account is subject to account size limitations.

17. Internet-based e-mail provider's typically offer services to their subscribers that allow them to store any electronic file (i.e. image files, text files, etc.) on servers maintained and or owned by the provider.

7

18. E-mails and other electronic files stored on an electronic communication service provider's server by a subscriber may not necessarily be located in the subscriber's home computer. The subscriber may store e-mails and or other files on the provider's server for which there is insufficient storage space in the subscriber's computer and or which he/she does not wish to maintain in the computer in his/her residence. A search of the files in the computer in the subscriber's residence will not necessarily uncover the files that the subscriber has stored on the provider's server.

19. Hotmail, Xboxlivefamily, and Outlook are Internet based electronic communications systems operated by Microsoft, which permits its users to communicate using e-mail through their services. Microsoft also allows its users to use Microsoft One Drive. This service allows users to upload files, to include photos and videos, to be stored in the "cloud" on Microsoft servers and be accessed anywhere from any device as long as they log into their associated Microsoft account. Users can automatically backup their photos and videos from their devices, such as a cell or smart phone, tablet, or computer, into their Microsoft One Drive. Users can also set up permissions to only allow themselves to have access to these files or share these files with other specific people.

20. In some cases, Microsoft users will communicate directly with a provider about issues relating to their account, such as technical problems, billing inquiries, or complaints from other users. Providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

8

**BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE**

21.     On or about September 10, 2023, FBI Milwaukee received a report of a subject engaged in the production of child sexual abuse material (CSAM). The unknown subject, "Subject-1", contacted a ten-year-old child, herein referred to as "Victim-1," through Xbox and used, persuaded, induced, enticed, and coerced Victim-1 to undress and pose in numerous positions while nude.

22.     On or about September 10, 2023, a minimal facts interview was conducted with Victim-1 and Victim-1 stated s/he was contacted online via Xbox by Subject-1.  Subject-1 gave his phone number and Victim-1 called Subject-1 via video chat.  Victim-1 was directed to get naked during the video chat with Subject-1 and Victim-1 did so.  Subject-1 told Victim-1 that the nude video call was required in order to join an online group Subject-1 was part of. Victim-1 identified the Xbox account of Subject-1 who used, persuaded, induced, enticed, and coerced Victim-1 into the nude Facetime call as being "DemonFoxy".

23.     Victim-1 allowed the FBI to look at chat threads saved on Victim-1's Xbox which included an Xbox chat thread saved under her/his Xbox profile which showed communications between Subject-1 and Victim-1.  Victim-1's Xbox username was "NotherJoBlow."  The FBI was able to determine that the full username for Subject-1 was "DemonFoxy#7560."  The chat thread showed communications including Subject-1 sending the phone number "614-383-8055" to Victim-1. Special Agents with FBI Milwaukee subsequently determined that this number was an AT&T number. Later in the communications, Subject -1asked Victim-1, "I wonder if your friends will do, Simon Says."  Victim-1 replied, "No" and Subject-1 replied, "I wasn't asking you. Was telling you. Remember what I'm capable of."  Victim-1 stated that Simon Says was the term used

9

by Subject-1 to refer to requiring Victim-1 to get naked on camera so that Subject-1 could see Victim-1 naked.  A screenshot is set forth below of this chat thread:



DemonFoxy#7560  13 days ago
614-383-8055

NotherJoBlow  12 days ago
Is he trying to get his acount back

DemonFoxy#7560  2 days ago
I wonder if your friends will do, Simon Says.

NotherJoBlow  2 days ago
No

DemonFoxy#7560  2 days ago
I wasn't asking you. Was telling you. Remember what I'm capable of.

NotherJoBlow  2 days ago
Come

DemonFoxy#7560  2 days ago
Come back

24.     During the minimal facts interview, Victim-1 also referenced a "Thomas xbox," hereinafter referred to as Subject-2. Victim-1 stated that, based on what Suspect-1 had stated, Victim-1 believed Subject-2 to be Subject-1's brother or close friend.  Victim-1 stated that Subject-1 told Victim-1 that Subject-1 took screenshots of Victim-1 while nude and sent the images to Subject-2.

25.     Victim-1's parents provided the FBI consent to search Victim-1's Xbox. Investigators were able to look through the "friend's list" on Victim-1's Xbox and were able to

10

locate the usernames of Subject-1 and Subject-2. Subject-1's username was "DemonFoxy#7560" with a display name of "Titan Zamurai". A photo of the profile is below:



26. Subject-2's username was "Thomas xbox#7378" and the profile had an additional username of "Thomas xbox2834" and a display name of "Thomas Moore." A photo of the profile is below:



27. On or about September 10, 2023, Special Agents with FBI Milwaukee sent an administrative subpoena to Microsoft Corporation for subscriber information and IP data for "Thomas xbox#7378" and "DemonFoxy#7560." Microsoft included a response for each account which gave each a customer name and the linked Microsoft Account for each of the Xbox usernames.

28. Microsoft Corp provided the following information for "DemonFoxy#7560":

11

Gamer Tag – DemonFoxy7560

Customer name – Titan Zamurai

Microsoft account – SeveredSwine488@xboxlivefamily.com

Alternate email - theprolong@hotmail.com

29.     Microsoft Corp provided the following information for "Thomas xbox#7378":

Gamer Tags – Thomas xbox2384; Thomas xbox#7378

Customer name - Thomas Moore

Microsoft account – isaiahhundt1998@outlook.com

Alias name – google4408@outlook.com

30.     On or about September 28, 2023, Special Agents with FBI Milwaukee sent a subpoena to AT&T for subscriber information and tolls for the assigned phone number 614-383-8055, which was the phone number provided by Subject-1. The return from AT&T showed the subscriber of the phone to be TOMAS R GARCIA SERRANO with a home address of 1142 Monroe Dr, Stewartsville, New Jersey.

31. On or about November 21, 2023, Special Agents with FBI Milwaukee sent an administrative subpoena to Microsoft Corporation for subscriber information and IP data for "PandaGod#7633". Microsoft included, in its response for this account, the customer name and the linked Microsoft Account for this Xbox username.

32. Microsoft Corp provided the following information for  "PandaGod#7633":

Gamer Tag – PandaGod7633

Customer name – Brayden Kraska

Microsoft account – ItsFlashy26@outlook.com

12

33. Investigators located the profile for Subject-3, PandaGod#7633, in the "friends list" on Victim-1's Xbox. A photo of the profile is below:



34. Microsoft Corp provided the following dates for when the following accounts were created:

a. DemonFoxy#7560 created on March 1, 2011

b. Thomas xbox#7378 created on February 27, 2020

c. PandaGod#7633 created on June 5, 2020

35. Based on your affiant's investigation it has been determined that the following accounts are accounts maintained by Microsoft Corp:

a. SeveredSwine488@xboxlivefamily.com;

b. theprolong@hotmail.com;

c. isaiahhundt1998@outlook.com;

d. google4408@outlook.com; and

e. ItsFlashy26@outlook.com.

13

36. On or about October 3, 2023, Victim-1 came to FBI Milwaukee for a Forensic Interview which was conducted by an FBI Child and Adolescent Forensic Interviewer. Victim1 stated that he was a member of a public Xbox "party"[1] with a friend with the profile name "Pandagod" (Subject-3) and that Victim-1 knew that Pandagod was also friends on Xbox with Subject-1. The Xbox party chat was public, which meant that because Pandagod was a member of the same party chat and that Subject-1 could join the party and communicate with other members of the party chat.

37. During the October 3, 2023, interview of Victim-1, Victim-1 also stated that Subject-1 communicated with Victim-1 via Xbox messaging and live audio using a headset and that Victim-1 had seen Subject-1 wearing a headset. According to Victim-1, Subject-1 told Victim-1 that Subject-1 wanted to talk about something "private." Subject-1 then told Victim-1 about a private "clan"[2] called "Anonymous" and Subject-1 stated that he wanted Victim-1 to join the clan. Subject-1 told Victim-1 that other clan members included Subject-2 and Subject-2's brother, and that they used the Xbox username "Anonymous."

38. Through Xbox messaging with Victim-1, Subject-1 provided the same phone number 614-383-8055 to Victim-1 for the purpose of initiating an audio/video call via "Facetime." Victim -1 stated that s/he used an iPad and called Subject-1 utilizing the provided phone number

[1] According to Xbox's publicly available website "with party chat, you can join friends or other players with video or voice chat while playing a game together, watching a show, or hanging out." When Victim 1 refers to an Xbox "party" Victim 1 means a way of communicating with other Xbox users.

[2] According to the publicly available website Wikipedia "in video games, "a clan", community, guild, or faction is an organized group of video game players that regularly play together in one or more multiplayer games."

14

and the two spoke about Minecraft specific items during that first call. Subject-1 then told Victim 1 to delete Subject-1's number, however Victim-1 either received it again or did not delete it.

39. On or about the next day, Victim-1 was playing on Xbox with another friend and Subject-1 joined the game. Subject-1 again spoke to Victim-1 and offered Victim-1 "V-bucks," which was a digital currency to buy different things in the game. Subject-1 told Victim-1 that in order to join the Anonymous clan, Victim- 1 must pull down Victim-1's pants on camera and do positions while nude. Subject-1 said Subject-1 would have to take a screenshot of Victim-1 nude and send the screenshots to Subject-2. Victim-1 expressed that Victim-1 did not want to perform the acts that Subject-1 was requesting. Victim-1 told Subject-1 that Victim-1 "did not want to pose nude." In response, Subject-1 told Victim-1, "Do you know what I'm capable of?" Subject-1 continued to pressure Victim-1 and insisted that Victim-1 get nude on video chat. Victim-1 stated the s/he felt as though Subject-1 was getting angrier as Subject-1 continued to ask and appeared to be growing more impatient.

40. Subject-1 also told Victim-1 that Subject-1 could ban Xbox accounts and had connections at Microsoft. Victim-1 explained that the fear of having Victim-1's's account banned caused Victim-1 1 to finally give into the requests. Victim-1 stated that s/he felt if Victim-1 did not give in, Victim-1's's Xbox account would be banned, and Victim-1's dad would be upset that the account got banned.

41. In a subsequent video call, which occurred around August 26, 2023, Subject-1 requested that Victim-1 do different positions while naked on video. Subject-1 told Victim-1 that Subject-1 could convince Subject-2 to give Victim-1 infinite V-bucks if Victim-1 participated in the nude video call. Victim-1 called Subject-1 on Facetime utilizing the phone number again

15

provided, which was "614-383-8055." When Victim-1 started the video call as directed, Victim-1 was instructed to place the iPad on the floor leaned up against the wall and to pose in numerous positions. The first position was a seated with legs spread wide, the second was standing normally, and the third was with Victim-1 on his/her knees facing the camera, and the fourth one was of Victim-1 in a pushup position.

42. Subject-1 told Victim-1 that Subject-1 was taking screenshots and sending the screenshots to Subject-2. Subject-1 also stated that Subject-2 was the one who ran the clan and needed the pictures in order for Victim-1 to join. Subject-1 told Victim-1 that Subject-2 was capable of banning Xbox accounts and could also blow up an Xbox.

43. Victim-1 stated that Subject-1 took screenshots of Victim-1 when Victim-1's genitalia area was facing the camera. Victim-1 noted that after each screenshot, the screen would then go blurry and a phone number would appear on Victim-1's screen. Victim-1 believed that Subject-1 was sending the screenshots of Victim-1 to Subject-2.

44. While on Facetime, Victim-1 was able to see Subject-1's face and described Subject-1 as having brownish-black hair, brown eyes, with a beard, and possibly a mustache. Subject-1 also asked Victim-1 if s/he knew how many other kids Subject-1 had made do the nude positions. Subject-1 then stated that Subject-1 told him he did it to 37 other "kids."

45. On or about the following day, Subject-1 told Victim-1 that Subject-2contacted Subject-1 and asked for more pictures. Subject -1 said that Subject-1 said to Subject-2 that he could not get any more photos because Subject-1 would only ask Victim-1 once for such pictures.

46. Victim-1 was shown a 6-panel line up which included a photograph of TOMAS MELENDEZ-GARCIA. Within 8-seconds of looking at the 6-panel line up, Victim-1 positively

16

identified MELENDEZ-GARCIA as Subject-1 and the person on the other side of the Facetime call instructing Victim-1 on which nude positions s/he was to use for the poses.

47.	An FBI agent contacted the Greenwich Township Police Department to inquire about any internal reports pertaining to the address 1142 Monroe Drive, Stewartsville, New Jersey which was identified in the administrative subpoena return from AT&T for Subject-1's phone number.

48.	Greenwich Township PD Detective Kyle Lazier replied that he knew the residence through another investigation. Detective Lazier stated that he was contacted by Detective Ward with the Bristol Police Department, Bristol Connecticut. Detective Ward had an investigation into a subject on Xbox who contacted a 7-year-old child, hereinafter "Victim-2" on Xbox and solicited nude images and/or live video recordings from the child. The subject account was identified as "TitanSamorai" and the unknown subject attempted to have the child video call him at phone number 614-383-8055, the same number provided by Subject-1 to Victim-2.

49.	Detective Lazier stated the homeowner of the residence on Monroe Drive, New Jersey had a son with the same name as the homeowner who was in his 20's. Detective Lazier provided demographics for TOMAS MELENDEZ-GARCIA, Hispanic Male with a birthday of August 13, 1995, who was 28 years old at the time of the conduct described in this affidavit.

50.	An FBI agent contacted Detective Ward of the Bristol Police Department, Bristol, Connecticut. Detective Ward informed your affiant that during the time period he is investigating Victim-2 was 7 years old at time detailed in this affidavit. Detective Ward stated his Investigation revealed that "TitanSamorai", aka Subject-1, contacted Victim-2 numerous times between January 29, 2023 and March 6, 2023 and persuaded Victim-2 to video call the subject via Facetime at

17

phone number 614-383-8055, the same phone number used by Subject-1 to contact Victim-1 therefore "TitanSamorai" is presumed to be the same person as "Subject-1. "TitanSamorai" instructed Victim-2 to go to a closet, place the phone on the ground facing Victim-2 and get naked. The initial Police Officer investigating the crime stated in his report that the father of Victim-2 attempted to call the phone number 614-383-8055, but it went straight to voicemail. The father stated the voicemail message was a male voice, speaking in broken English who stated the caller had reached "Thomas Garcia."

51. On or about November 21, 2023 a Preservation Request was served on Microsoft for the accounts of Subject-1 and Subject-2 by the affiant. Therefore, the content of these accounts will likely still be available. On or about November 30, 2023, a Preservation Request was served on Microsoft for the account of Subject-3. Therefore, the content of the account will likely still be available.

52. Based upon the above provided information there is probable cause to believe that Subject-1 used, persuaded, induced, enticed, and coerced Victim-1 into producing videos consistent with the definition of child pornography, that Subject-1 used the video(s) of Victim-1, and then distributed those images from the video to Subject-2. Moreover, there is probable cause to believe that Subject-1 is the same person as the one who used "TitanSamorai" to identify himself, and if true, was also the one who used, persuaded, induced, enticed, and coerced Victim-2 into producing videos consistent with the definition of child pornography.

53. Based on my training and experience and corroborated by Subject-1's own statements to Victim-1, there are likely other victims that Subject-1, Subject-2, and/or Subject-3 have attempted to exploit. If so, it is expected that the information from the requested Microsoft

18

accounts may assist in identifying the identities of these victims, the identities of any other potential victims, identify the relationship between Subject-1, Subject-2, and Subject- 3, as well as other members of the "Anonymous clan" or coconspirators not yet identified and information related to their communications regarding this illegal activity that would be found in the Microsoft accounts of Subject-1, Subject-2, and/or Subject-3.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

54.     According to Microsoft, Inc.'s law enforcement guide, the following items are available with a search warrant: Basic subscriber data, type of services utilized, Basic IP logs, billing records, device information, email content, password change history, contact list, calendar, and stored content.  Therefore, the above information is requested for the 5 Subject Microsoft accounts identified in paragraph 35 above.

55.     As explained herein, information stored in connection with a Microsoft, Inc. account may provide crucial evidence of the "who, what, why, when, where and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, the Microsoft Account communication logs, stored electronic communications, and other data retained by Microsoft, Inc., can indicate who has used or controlled the Microsoft account.  This "user attribution" evidence is similarly probative as to identity as is the search for "indicia of occupancy" while executing a search warrant at a residence.  Microsoft account activity can show how and when the account was accessed or used.  For example, as described herein, Microsoft, Inc. logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date.  By determining the physical location associated with the logged IP

19

addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Microsoft access, use, and events relating to the crime under investigation. Additionally, Microsoft account activity may provide relevant insight into the Microsoft account owner's state of mind as it relates to the offense under investigation. For example, information in Microsoft records may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

56.	Therefore, the stored records of Microsoft are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Microsoft, such as account access information, transaction information, and other account information.

## SEARCH PROCEDURE

57.	From my training and experience, I know that Microsoft cannot, on its own, identify individual items of potential evidentiary value within user's account(s). Accordingly, this search warrant anticipates a multi-step approach for serving the warrant, obtaining responsive information from Microsoft, Inc., and then searching the responsive information to identify potential evidence.

58.	Pursuant to the Electronic Communications Privacy Act, in particular 18 U.S.C. 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), I will serve the warrant on Microsoft, Inc.  Microsoft, Inc. will, at a later date, disclose to the government copies of the records and other information (including the content of communications and stored data) particularly described in Attachment B.

20

Once received, the government will search the records and information provided by Microsoft, Inc. to locate items and evidence relating to the crimes under investigation, specifically Title 18 U.S.C. 2252, and other violations related to Child Sexual Abuse Materials, or "CSAM" including:

a. Messages discussing child pornography;

b. Photographs, videos, or images of child pornography

c. Communications discussing child pornography

d. Communications between the user and any minor;

e. Communications between the user and any known or potential victims;

f. Communications, messages, and/or photographs, videos, or images of child pornography between any of the Target Subject and between any of of the Target Subjects and any co-conspirators or co-actors;

g. Evidence indicating how and when the account was accessed or used, to determine the chronological context of account access, use, and events relating to the crime under investigation and to the account owner;

h. Evidence indicating the account owner's state of mind as it relates to the crime(s) under investigation;

i. All items tending to show who was in control of the account and who used or owned the device(s) associated with this account including email addresses, images, recovery emails, cookies data, geolocation data, documents, IP logs, and other communication records;

j. The transactional information about the creation and use of each account on their systems, including the email account used to open the Microsoft account(s), the date on which the account(s) was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account(s) (including whether the account is inactive or closed), the methods used to connect to the account(s), and other log files that reflect usage of the account.

k. Records the provider has of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account.

21

## CONCLUSION

23.     Based on the forgoing, I request that the Court issue the proposed search warrant for Microsoft Accounts: SeveredSwine488@xboxlivefamily.com; theprolong@hotmail.com; isaiahhundt1998@outlook.com; google4408@outlook.com; and ItsFlashy26@outlook.com. Because the warrant will be served on Microsoft, Inc. who will then compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.

22

## ATTACHMENT A

### Property to be searched

This warrant applies to information associated with the following Microsoft account identifiers ("Target Accounts"):

- SeveredSwine488@xboxlivefamily.com

- theprolong@hotmail.com

- isaiahhundt1998@outlook.com

- google4408@outlook.com

- ItsFlashy26@outlook.com

that is stored at premises owned, maintained, controlled, or operated by Microsoft Corporation, USA, Attn Law Enforcement and National Security (LENS), at 1 Microsoft Way, Redmond, WA 98052.

23

## **ATTACHMENT B**

### Information to be Seized

To the extent that the information described in Attachment A, for the timeframe between January 1, 2020 and January 1, 2024, is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the "Target Accounts" listed in Attachment A, which constitute evidence of the commission of a criminal offense, namely violations of 18 U.S.C. § 2251, 2252, and the Conspiracy to commit those crimes as well as violations involving Child Sexual Abuse Material, or "CSAM":

1) Basic subscriber data - the unique User ID number of the account that is assigned by Microsoft, registration date and time for the account, email addresses provided by the user, user's current username and tag number, if the user is a paid subscriber, limited billing information, profile data, full names, birth date, physical addresses, phone numbers, connected applications and sites, screen names, services and apps used, other personal identifiers;

2) Message content – communications and messages made or received by the user to include e-mails (read, sent, deleted, draft, and unopened) whether in a mailbox, user created folders, or other storage locations, attachments, documents, graphics, and any other uploaded, saved, or associated files;

24

3) Storage - Content in the user's Microsoft One Drive online storage to include mobile backups along with any settings on who has access to the files or folders and dates, times, and IP address of when the files were uploaded;

4) Contact list – buddy lists, contacts, and address books

5) Avatar details – images, names of Avatars used.

6) IP addresses – logs showing the devices used to log into the accounts and checkins for those devices that show the IP address, date/time, make and model of the device, and SIM operator, registration IP address of the accounts.

7) Device Information – Device make, model, International Mobile Equipment Identifier (IMEI), Mobile Equipment Identifier (MEID), serial number of all associated devices linked to the target accounts;

8) Billing Information - The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

9) Account settings- privacy settings and other account settings;

10) Records pertaining to communications between Microsoft and any person regarding the accounts, including contacts with support services, technical problems, billing inquiries, or complaints from other users, and records of actions taken.

25